UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

IN RE:  
VanderMeer, Jason & Aime

Debtor

_____/

Case No. 15-02783  
Chapter 13  
Hon. James W. Boyd  
Filed: March 7, 2015

## FIRST PRE-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

NOW COME the above named debtors by and through their attorneys, Chase & Bylenga, PLLC, and hereby amend as follows:

**PLAN:**

**II. FUNDING**

**A. PLAN PAYMENT:** Under additional plan payment provisions:

1.) Debtor's 401k loan # 1 for $10.47 per pay period ends 06/08/2017. In June 2017 Debtor will increase plan payments by $10.47 bi-weekly as a result of payoff of 401k loan #1.

1.) Debtor's 401k loan # 2 for $18.84 per pay period ends 09/29/2016. In September 2016, Debtor will increase plan payments by $18.84 bi-weekly as a result of payoff of 401k loan #2.

In all other respects, the Plan and Schedules remain the same.

Date: 07/07/2015         /s/     *Jason VanderMeer*  
                         Jason VanderMeer, Debtor

Date: 07/07/2015         /s/     *Aime VanderMeer*  
                         Aime VanderMeer, Debtor

Date: 07/07/2015         /s/     *Michael P. Hanrahan*  
                         Michael P. Hanrahan (P77274)  
                         Attorney  
                         Chase & Bylenga, PLLC  
                         77 Monroe Center, NW.  
                         Suite 507  
                         Grand Rapids, MI, 49503